**Opinion issued April 23, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00195-CV

———————————

## IN RE RICHARD DUNSMORE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Richard Dunsmore, has filed a petition for writ of mandamus requesting that we compel the district court to allow him to conduct discovery as part of the biennial review of his commitment as a sexually violent predator.[1] *See* TEX. HEALTH & SAFETY CODE § 841.102. The petition includes a request for an

---

[1]     The underlying case is *In re: The Commitment of Richard A. Dunsmore*, cause number 84023-CV, pending in the 412th Judicial District Court of Brazoria County, Texas, the Honorable Lamar McCorkle presiding.

emergency stay of the underlying proceedings. We deny the petition and dismiss the stay request as moot.

## PER CURIAM

Panel consists of Justices Kelly, Landau, and Farris.